UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ISMAEL AVILA PAREDES,               )
                                    )
              Petitioner,           )
                                    )
       v.                           )        No. 2:26-cv-00106-JRS-MKK
                                    )
BRISON SWEARINGEN in his official capacity  )
as Sheriff of the Clay County Justice Center, *et al.*,  )
                                    )
              Respondents.          )

## ORDER GRANTING MOTION FOR CLARIFICATION

The Court granted Ismael Avila Paredes's petition for a writ of habeas corpus "insofar as the respondents will have seven days to certify that Mr. Avila Paredes has (1) appeared for a bond hearing before an immigration judge consistent with 8 U.S.C. § 1226(a) and pertinent regulations, or (2) been released from detention." Dkt. 11 at 7. Mr. Avila Paredes's motion for an order "clarifying the proper allocation of the burden of proof at" the bond hearing, dkt. [13] at 3, is **granted** insofar as the Court clarifies that the order speaks for itself. The Court placed no parameters on the bond hearing except that it must satisfy the relevant statute and regulations.

       **IT IS SO ORDERED.**

Date: 3/27/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rachel Dever
Church Church Hittle and Antrim
rdever@cchalaw.com

Nora Unverzagt Galindo
Law Office of Nora Galindo
nora@noragalindolaw.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov